GEORGE W. COLE AND OTHERS, APPELLANTS, v. MATTHIAS
DENUE, RESPONDENT.

*Evidence — Code, sec. 399.*

Where in an action of ejectment, in which plaintiffs and defendant claim title
from different owners, evidence is given on the part of the plaintiffs as to certain
admissions made by a grantor of the defendant, the testimony of such grantor
is properly admitted to rebut this evidence, even though it relates to transactions had with a deceased person, through whom the plaintiffs claim title.

APPEAL from an order made at the Special Term, denying a
motion for a new trial made on a case and exceptions.

*A. L. Martin*, for the appellants.

*J. W. Elseffer*, for the respondent.

Opinion by DONOHUE, J.

Present — TAPPEN and DONOHUE, JJ.

Judgment and order denying new trial affirmed, with costs.